**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DEREK SPENCER** | : | **NO. 15-562** |

**ORDER**

**NOW**, this 1st day of September, 2026, upon consideration of Defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(1) (Doc No. 96), the government's response, and the reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's term of supervised release is **TERMINATED** immediately.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.